PROB 12B
ED/AR (12/2012)

# United States District Court

## for the

## Eastern District of Arkansas




FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 05 2018
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## Request for Modifying the Conditions or Term of Supervision
## With Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jeremiah Robinson  Case Number: 0860 4:11CR00124-001 BSM

Name of Sentencing Judicial Officer: Honorable Brian S. Miller
Chief United States District Judge

Original Offense: Felon in Possession of a Firearm

Date of Sentence: April 6, 2012

Original Sentence: 46 months Bureau of Prisons followed by 36 months supervised release

Type of Supervision: Supervised Release

Date Supervision Commenced: August 11, 2015
Date Supervision Expires: August 10, 2018

U. S. Probation Officer: Jerome Sanders

Asst. U.S. Attorney: Benecia Moore

Defense Attorney: To be appointed

---

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ year(s), for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

You must participate in a substance abuse treatment program under the guidance and supervision of the probation office. The program may include drug and alcohol testing, outpatient counseling, and residential treatment. You must abstain from the use of alcohol during treatment. You must pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. If you are financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

## CAUSE

Arkansas Community Correction Parole stated Mr. Robinson violated his state parole supervision by testing positive for illegal substances. On September 13, 2017, Mr. Robinson tested positive for the use of cocaine. On October 17, 2017, Mr. Robinson tested positive for the use of amphetamines, cocaine and alcohol.

Substance abuse is interrelated with other criminogenic needs (draws one to antisocial others, interferes with prosocial relationships, hampers success at employment, and leads to impulsive decision making). Substance abuse treatment programs address these criminogenic needs and promote positive change.
Drug testing deters the defendant from possessing illegal drugs by;

Prob 12B                                  - 2 -                       Request for Modifying the
                                                                    Conditions or Term of Supervision
                                                                    With Consent of the Offender

Name of Offender: Jeremiah Robinson                    Case Number: 0860 4:11CR00124-001

- making the defendant aware that unlawful possession can be discovered at any time through drug testing,
- protects the public by enhancing the ability of the probation officer to detect unlawful substances, and
- assist with substance abuse treatment by providing a barometer for change.

Abstinence from alcohol use may be necessary because research shows that alcohol use is likely to trigger a recovering drug addict's return to substance abuse. Additionally, substance-dependent defendants may substitute alcohol for their drug of choice.

_____          _____
Jerome Sanders                                         Benecia Moore
U.S. Probation Officer                                Assistant U.S. Attorney

Date:  November 13, 2017                          Date: 12/27/17

Approved by:

_____
Supervising U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☑ The Modification of Conditions as Noted Above
☐ Other

_____          _____
Honorable Brian S. Miller                             Date: 1-5-18
United States District Judge

This form is to be filed with Criminal Docketing as an order and/or petition.

Prob 12B — 3 — Request for Modifying the
Conditions or Term of Supervision
With Consent of the Offender

Name of Offender: Jeremiah Robinson     Case Number: 0860 4:11CR00124-001

c:
    Assistant U.S. Attorney Benecia Moore

PROB 49
(3/89)

# United States District Court

## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

You must participate in a substance abuse treatment program under the guidance and supervision of the probation office. The program may include drug and alcohol testing, outpatient counseling, and residential treatment. You must abstain from the use of alcohol during treatment. You must pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. If you are financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

Witness: _Taylor Lewis_ (U.S. Probation Officer)

Signed: _Jeremiah Robinson_ (Probationer or Supervised Releasee)

Date: 11/27/17

_Lisa A. Peters_
Defense Attorney

Mr. Robinson advised that he would contact the Federal Public Defenders office. The office number was provided to Mr. Robinson.